AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br>CARL D. MONTAGUE<br><br>Defendant | ) <br> ) Case No.  1:25-mj-41-AEM <br> ) <br> RECEIVED <br> By Dianna Prete at 10:49 am, Jul 08, 2025 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARL D. MONTAGUE                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 871 - Threats Against the President
18 U.S.C. §§ 875(c) - Interstate Threats
18 U.S.C. §§ 115(a)(1)(B) - Threaten to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer

Date: 7/7/2025

City and state: Providence, R.I.

*Issuing officer's signature*

John J. McConnell, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on (date) 7/8/25, and the person was arrested on (date) 7/9/25
at (city and state) Providence, RI.

Date: 7/9/25

*Arresting officer's signature*

Kyle Olehnik - FBI
*Printed name and title*